FILED
Nov 24, 2025
12:00 PM(CT)
TENNESSEE COURT OF
WORKERS' COMPENSATION
CLAIMS

**IN THE TENNESSEE BUREAU OF WORKERS' COMPENSATION
COURT OF WORKERS' COMPENSATION CLAIMS
AT MURFREESBORO**

| | | |
|---|---|---|
| MICHAEL HOSSMAN | ) | |
| | ) | |
| Employee, | ) | |
| | ) | Docket #:   2025-50-4804 |
| v. | ) | State File #:   55056-2024 |
| | ) | Judge: |
| RHM STAFFING | ) | |
| | ) | |
| Employer, | ) | |
| | ) | |
| ZURICH AMERICIAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Carrier, | ) | |
| | ) | |

---

**EXPEDITED HEARING AGREED ORDER**

---

It appears to the Court, as evidenced by the signatures of counsel for the parties below, that an agreement has been reached regarding the issues on the Expedited Hearing currently set on November 25, 2025 at 9:00 a.m.

The parties have announced their agreement that the Employer shall provide, and Mr. Hossman shall receive, medical treatment from the authorized treating physicians, Dr. Benjamin Debelak and Dr. Richard Rubinowicz, for his right knee and neurological medical issues, respectively, as is causally related to his July 8, 2024 work injuries. Specifically, the Employer shall authorize the second right knee meniscal repair that Dr. Debelak has ordered on June 17, 2025. Also, the Employer shall pay Mr. Hossman temporary total disability benefits from September 17, 2025 until November 26, 2025, and ongoing, until he reaches MMI, or the Employer is able to accommodate his work restrictions, currently amounting to 10 weeks, or   $8,504.90,

based upon the compensation rate of $850.49. Also, Counsel for Employee shall be entitled to a 20% attorney's fee for the past TTD benefits owed, and being paid, amounting to $1,700.98, deducted from the temporary benefits paid via this Agreed Order. Furthermore, the issue of employee's attorney's fees for an unreasonable denial and delay of benefits pursuant to Tenn. Code Ann. § 50-6-226(d)(1)(B), or the issue of a 25% penalty for the failure to pay temporary benefits timely pursuant to Tenn. Code Ann. § 50-6-205(b)(3), shall be reserved.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Employer shall provide, and Mr. Hossman shall receive, medical treatment from the authorized treating physicians, Dr. Benjamin Debelak and Dr. Richard Rubinowicz, for his right knee and neurological medical issues, respectively, as is causally related to his July 8, 2024 work injuries;

It is further **ORDERED, ADJUDGED, AND DECREED** that the Employer shall authorize the second right knee meniscal repair that Dr. Debelak has ordered on June 17, 2025;

It is further **ORDERED, ADJUDGED, AND DECREED** that the Employer shall pay Mr. Hossman temporary total disability benefits from September 17, 2025 until November 26, 2025, and ongoing, until he reaches MMI, or the Employer is able to accommodate his work restrictions, currently amounting to 10 weeks, or $8,504.90, based upon the compensation rate of $850.49;

It is further **ORDERED, ADJUDGED, AND DECREED** that Counsel for Employee shall be entitled to a 20% attorney's fee for the past TTD benefits owed, and being paid, amounting to $1,700.98, deducted from the temporary benefits paid via this Agreed Order;

It is further **ORDERED, ADJUDGED, AND DECREED** that the issue of employee's attorney's fees for an unreasonable denial and delay of benefits pursuant to Tenn. Code Ann. § 50-6-226(d)(1)(B), or the issue of a 25% penalty for the failure to pay temporary benefits timely pursuant to Tenn. Code Ann. § 50-6-205(b)(3), shall be reserved.

**IT IS SO ORDERED.**

**ENTERED this** 24th **day of November, 2025.**

_____
**Honorable Dale Tipps, Judge**

**APPROVED FOR ENTRY:**

_____
Peter Frech, #031126
**Morgan & Morgan – Nashville, PLLC**
810 Broadway, Suite 105
Nashville, TN 37203
Phone: 615.986.6215
pfrech@forthepeople.com
_Counsel for the Employee_

Richard Clark by permission #031126
_____
Richard Clark, #026806
R. Aubrey Davis, # 042459
104 Woodmont Blvd. Suite 420,
Nashville, TN. 37205
Office 615-600-4323  x9201
Fax 615-800-2257
RClark@eraclides.com
adavis@eraclides.com